UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARTY TAILLON

CIVIL ACTION

NO: 14-1048

HILCORP ENERGY COMPANY

SECTION: "J"(1)

## ORDER

The Court having been advised that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby **DISMISSED** without costs, but **WITHOUT PREJUDICE** to the right upon good cause shown, *within sixty days*, to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 20th day of January, 2015.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE